# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| **SHAREE MEYERS,** ) ) Plaintiff, ) ) vs. ) ) **EDWARD D. JONES & CO., L.P.,** ) ) Defendant. ) ) | Case No. 4:20-cv-01677-AGF |

## JOINT STIPULATION FOR DISMISSAL

COME NOW Plaintiff Sharee Meyers and Edward D. Jones & Co., L.P. and, pursuant to Rule 41(a)(1)(A), herein stipulate that all claims and causes of action asserted by Ms. Meyers in this matter against Defendant are to be dismissed with prejudice, with each party to bear its own attorneys' fees and court costs.

Respectfully Submitted,

| | |
|---|---|
| */s/ Vincent K. Heitholt* | */s/ Patricia J. Martin* |
| Vincent K. Heitholt, #68129MO | Patricia J. Martin #57420MO |
| vincent.heitholt@mo-pa.org | pmartin@littler.com |
| Tom Pirmantgen #52384MO | Stephanie Cohan #70919MO |
| tom.pirmantgen@mo-pa.org | scohan@littler.com |
| Missouri Protection & Advocacy Services | LITTLER MENDELSON, P.C. |
| P.O. Box 140195 | 600 Washington Avenue |
| Overland, MO 63114 | Suite 900 |
| | St. Louis, MO  63101 |
| Telephone: (314) 256-9591 | Telephone: 314.659.2000 |
| Facsimile: (573) 298-6426 | Facsimile: 314.659.2099 |
| Attorneys for Plaintiff | Attorneys for Defendant |